The People of the State of New York, Respondent,
against
Mark Hamilton Ventura, Appellant.




Cuddy & Feder, LLP (Andrew Schriever of counsel), for appellant.
Goldsand & Cinque, Esqs. (Robert A. Cinque of counsel), for respondent.

Appeal from a judgment of the Justice Court of the Town of Philipstown, Putnam County (Alan Steiner, J.), rendered May 25, 2016. The judgment convicted defendant, after a nonjury trial, of five counts of violating chapter 175 of the Philipstown Town Code.




ORDERED that the judgment of conviction is modified, on the law, by vacating the conviction of violating chapter 175 of the Philipstown Town Code with respect to conduct occurring on October 21, 2013 (count 3), vacating the sentence imposed thereon, and dismissing that count of the accusatory instrument, and the fine imposed thereon, if paid, is remitted; as so modified, the judgment of conviction is affirmed.
For the reasons stated in People v Ricky Nelson Ventura (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2016-1640 P CR], decided herewith), the judgment of conviction is modified by vacating the conviction of violating chapter 175 of the Philipstown Town Code with respect to conduct occurring on October 21, 2013 (count 3), vacating the sentences imposed thereon, and dismissing that count of the accusatory instrument. 
ADAMS, P.J., RUDERMAN and EMERSON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 21, 2019